# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Bridget Small

                      Plaintiff,

v.                                          Case No.: 1:19−cv−00560

                                                    Honorable John J. Tharp Jr.

United States America, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 26, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff's motion for voluntary dismissal without prejudice [13] is granted. Defendants motion to dismiss [6] is denied as moot. All scheduled hearings and deadlines are stricken and any other pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.